EXHIBIT 1

## AFFIDAVIT

STATE OF IOWA )
)
COUNTY OF WOODBURY )

I, Micah J. Van Otterloo, being first duly sworn, on oath, do depose and state as follows:

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516, Title 18, United States Code.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed by ATF since January of 2017. My responsibilities as an ATF Special Agent include investigating violations of federal law specifically but not limited to the areas of firearms, narcotics, explosives, and arson. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Academy at the Federal Law Enforcement Training Center. In basic training, I received extensive training in the areas of firearms, explosives, and arson. Since my basic training, I have completed additional specialized training through ATF in the areas of interview techniques, the National Integrated Ballistic Information Network (NIBIN), Outlaw Motorcycle Gangs, and Interstate Nexus Expert Training. During my time with ATF, I have investigated numerous drug organizations including lower level drug dealers and larger multi-

defendant drug conspiracy cases. I have investigated gun crimes and gun crimes involving narcotics. I have investigated cases involving individuals that have utilized explosives in an illegal manner and have constructed explosive devices. I have investigated crimes involving federal violations of the National Firearms Act (NFA), including fully automatic firearms, short-barreled rifles and or shotguns, and destructive devices. Often to facilitate those investigations I have utilized confidential informants, overseeing their work, confirming their information, and ensuring their safety while cooperating with law enforcement. That during the course of my duties as a local police officer and Special Agent with ATF, I have led and participated in hundreds of investigations into the use of firearms in the furtherance of drug trafficking offenses. That many investigations involved large multi-state conspiracies to traffic illegal narcotics and the criminal possession of firearms to further the narcotics trade.

3. Prior to my work with ATF, I was previously employed by the Spencer, Iowa Police Department from 2007-2017. In Spencer, I served as a patrol officer, narcotics investigator, general criminal investigator, and Lieutenant supervising the investigations unit among other duties. I attended many specialized training courses during that time. Some of those trainings are drug identification, narcotics investigations, interviewing techniques, special weapons and tactics school, management of confidential informants, crime scene management, crisis response for command staff, response to improvised explosive devices, criminal street gang investigations, methamphetamine investigations, Iowa Law Enforcement

2

Case 3:21-cv-03024-LTS-KEM    Document 1-2    Filed 08/16/21    Page 2 of 7

Intelligence Network (LEIN) training course, and high-risk event planning among other courses. During my time within the investigations unit, I investigated drug crimes, firearms crimes, burglaries, assaults, and other serious offenses requiring detailed investigation beyond the capabilities of a uniformed officer.

4. I was also previously employed by the Oskaloosa Iowa Police Department from 2004-2007. In Oskaloosa, I served as a patrol officer during that time and investigated general crimes requiring a uniformed police officer. I am a graduate of the Iowa Law Enforcement Academy. At the Academy, in addition to other training, I received training in basic narcotic investigations, firearms law, and drug identification among other areas.

5. I am a graduate of Northwestern College and received a Bachelor of Arts Degree in Political Science. In addition, I have completed coursework towards a Master's Degree in Justice Administration from Upper Iowa University.

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show facts that support a reasonable belief for forfeiture as to the relief sought in the complaint and does not set forth all of my knowledge about this matter.

7. Based on my training and experience, and the facts set forth in this affidavit, this affidavit supports the filing a civil forfeiture complaint for the following property (13 firearms) seized on or about February 22, 2021, from Tommy Gretillat in Corwith, Iowa:

a. Iver Johnson Hercules Shotgun; CAL: 12; SN: None;

b. Shapleighs Unknown Shotgun; CAL: Unknown; SN: B7981;

c. Remington Arms Company, Inc., 1100 Shotgun; CAL: 12; SN: M120945V;

d. Mossberg 142A Rifle, CAL: 22; SN: None;

e. Hopkins and Allen Unknown Shotgun; CAL: Unknown; SN: E3050

f. Inland Manufacturing, LLC, M1 1944 Rifle, CAL: 30; SN: 5427719;

g. Davis, N.R. & Sons Diana Shotgun, CAL: Unknown; SN: F80;

h. Iver Johnson Champion Shotgun, CAL: 12; SN: UXBH;

i. Marlin Firearms Co. 100 Rifle; CAL: 22; SN: None;

j. Anschultz 1422 Rifle; CAL: 22; SN: 1288480;

k. Yugoslavia 59/66 Rifle, CAL: 762; SN: H-2655272

l. Winchester 1300 Shotgun, CAL: 12; SN: L2236398;

m. Rossi M68 Revolver; CAL: 38; SN: AA406598.

8. None of the 13 firearms appear to have been manufactured in the State of Iowa. In February of 2021, I, along with other law enforcement officers were contacted by the Hancock County, Iowa Sheriff's Office. Law enforcement officers indicated during the course of a state search warrant, their office located a suspected explosive device resembling a pipe bomb along with numerous firearms.

9. These firearms were seized from Tommy Gretillatat's residence in Corwith, Iowa which is in Hancock County, Iowa in the Northern District of Iowa on February 22, 2021.

4

10. Criminal History Records reflect that Gretillat has several felony convictions and is prohibited from possessing firearms because of those convictions.

11. That on February 22, 2021, I interviewed Tommy Gretillat. He admitted to me that he is a convicted felon who possessed numerous firearms that are subject to seizure and forfeiture in these matters. He further admitted he had pled guilty to three felonies and knew he was not supposed to possess firearms.

12. Law enforcement officers conducted additional interviews with Gretillat who admitted in addition to being a convicted felon unable to possess firearms, that he is also a user of methamphetamine. I am aware that such methamphetamine use would also prohibit him from possessing the firearms that were seized from him.

13. As a part of my interview with Tommy Gretillat, he stated he had been residing with Angela Ziegler and indicated that many of the firearms that he had possessed belong to her.

14. I also interviewed Angela Ziegler on February 22, 2021. She was present at Tommy Gretillatat's residence in Corwith, Iowa on that date during the execution of the state search warrant. Ziegler admitted she took the firearms and gave them to Gretillat because she claimed they were not safe at her home in Humboldt, Iowa. She also claimed that she was not aware that Gretillat was a convicted felon.

15. I am also aware that Zielger has admitted to frequent marijuana use. I am aware that Ziegler is an alleged seller of marijuana and information obtained

5

from her telephone indicates that she was looking to purchase and distribute marijuana and has been "laying low" because of law enforcement presence.

Based on the above-foregoing facts and circumstances, your affiant believes that this affidavit sufficiently details facts to support a reasonable belief for the seizure and forfeiture of the following property:

a. Iver Johnson Hercules Shotgun; CAL: 12; SN: None;

b. Shapleighs Unknown Shotgun; CAL: Unknown; SN: B7981;

c. Remington Arms Company, Inc., 1100 Shotgun; CAL: 12; SN: M120945V;

d. Mossberg 142A Rifle, CAL: 22; SN: None;

e. Hopkins and Allen Unknown Shotgun; CAL: Unknown; SN: E3050

f. Inland Manufacturing, LLC, M1 1944 Rifle, CAL: 30; SN: 5427719;

g. Davis, N.R. & Sons Diana Shotgun, CAL: Unknown; SN: F80;

h. Iver Johnson Champion Shotgun, CAL: 12; SN: UXBH;

i. Marlin Firearms Co. 100 Rifle; CAL: 22; SN: None;

j. Anschultz 1422 Rifle; CAL: 22; SN: 1288480;

k. Yugoslavia 59/66 Rifle, CAL: 762; SN: H-2655272

l. Winchester 1300 Shotgun, CAL: 12; SN: L2236398;

m. Rossi M68 Revolver; CAL: 38; SN: AA406598.

These items are subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d), as property involved in violation of 18 U.S.C. §§ 922(g)(1) and 922(g)(3).

6

Case 3:21-cv-03024-LTS-KEM   Document 1-2   Filed 08/16/21   Page 6 of 7

Executed this 13 day of August, 2021.

                                                Micah J. Van Otterloo
                                                Special Agent, ATF

Subscribed and sworn to before me on this 13 day of August, 2021, by ATF Special Agent Micah Van Otterloo.

                                                Susan Logsdon
                                                Notary Public
                                                In and for the State of Iowa

My Commission Expires:

SUSAN L. LOGSDON
NOTARIAL SEAL-IOWA
COMMISSION NO. 710125
MY COMMISSION EXPIRES
05-22-22